IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2006

GREGORY C. LANGHAM
CLERK

Criminal Action No. 04-mj-07256-DBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIE CATHEY

    Defendant.

## ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

On September 28, 2006, the probation officer submitted a Petition for Early Termination of Supervised Release in this case. On October 4, 2006, the Court ordered the probation officer to serve the petition on the United States and that the United States respond in writing within 15 days of date of service.

The petition was served on the United States on October 12, 2006. The United States has had the petition for 15 days and has not submitted any objections to the proposed term of Supervised Release. Accordingly it is

**ORDERED** that the defendant be discharged from supervision and that the proceedings in the case be terminated.

DATED at Colorado Springs, Colorado, this  2ᵈ  day of November, 2006.

BY THE COURT:

*Boyd N. Boland*

Boyd N. Boland
United States Magistrate Judge